UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILGEM VARDANYAN,<br><br>Plaintiff,<br><br>v.<br><br>EXODUS RECOVERY, INC., et al.,<br><br>Defendants. | Case No. 2:21-cv-04272-JLS-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. Electronic Case Filing Number ("ECF No.") 75, R&R. On October 16, 2021, Plaintiff Vilgem Vardanyan ("Plaintiff") filed a document titled "Request for Compliance of Federal Civil Rule 38 as Provided Within the District Court Rules. Trial Requested[,]" which the Court construes as timely filed objections to the R&R ("Objections"). ECF No. 77, Objections at 1 (capitalization normalized).

The Court has engaged in de novo review of those portions of the R&R to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered DISMISSING this action without prejudice and that all pending motions be DENIED as moot.

Dated: November 15, 2021

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge

2