JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILGEM VARDANYAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EXODUS RECOVERY, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-04272-JLS-SHK<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: November 15, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE JOSEPHINE L. STATON
United States District Judge